An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE TUSCAN CLIFFS, LP, A NEVADA LIMITED PARTNERSHIP; PACIFIC SOUTHWEST INVESTMENTS, A NEVADA CORPORATION; RONALD R. EVANS, AN INDIVIDUAL; AND GERALDINE A. EVANS, AN INDIVIDUAL,

Petitioners,

vs.

THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE SUSAN SCANN, DISTRICT JUDGE,

Respondents,

and

AMT CADC VENTURE, LLC, A DELAWARE LIMITED LIABILITY COMPANY,

Real Party in Interest.

No. 65959

**FILED**

JUN 09 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING PETITION*

Petitioners have filed a motion to withdraw their petition for a writ of mandamus, indicating that the parties have reached a settlement and will be stipulating to dismiss the district court action. We grant the motion and dismiss this petition. NRAP 42(b).

It is so ORDERED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

15-17565

cc: Hon. Susan Scann, District Judge
Hutchison & Steffen, LLC
Ballard Spahr, LLP
Eighth District Court Clerk